UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT SANGO,

    Plaintiff,                      Case No. 1:12-CV-332

v.                                  HON. GORDON J. QUIST

UNKNOWN DENNIS, et al.,

    Defendants.
                                   /

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on Plaintiff on December 27, 2012. No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed December 26, 2012, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Plaintiff's Order to Show Cause for a Preliminary Injunction and a Temporary Restraining Order (docket no. 27) is **DENIED**.


Dated: February 25, 2013                                   /s/ Gordon J. Quist
                                                              GORDON J. QUIST
                                                  UNITED STATES DISTRICT JUDGE